## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** SUSAN TOMAS
(Please print)

**STREET ADDRESS:** 8901 WESTERN #406

**CITY/STATE/ZIP:** DES PLAINES, IL 60016

**PHONE NUMBER:** 847-824-5001 or cell 312 799-1184

**CASE NUMBER:** 08CV610
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

Signature: Susan Tomas

Date: 1-28-07

FILED JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT