UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Susan Tomas
                                                  Plaintiff,
v.                                                Case No.: 1:08−cv−00610
                                                  Honorable Elaine E. Bucklo
Union AFSCME−American Federation, et al.
                                                  Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 4, 2008:

   MINUTE entry before Judge Elaine E. Bucklo :Status hearing set for 3/12/2008 at 09:30 AM. at which time, plaintiff must be present or the case will be dismissed.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.