AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff
SUSAN TOMAS
8901 WESTERN #406
DES PLAINES, IL 60016

CASE NUMBER:

V.

AFSCME: AMERICAN FEDERATION
STATE COUNTY MUNICIPAL EMPLOYEES
LOCAL 1006

ASSIGNED: 08CV610
JUDGE BUCKLO
DESIGNATED MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)
MARK FISHER FISHER - VICE PRESIDENT
Work Address 29 N. WACKER DR
SUITE 800, CHICAGO, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PRO-SE SUSAN TOMAS
8901 WESTERN #406
DES PLAINES, IL 60016

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA                                    1-28-08
(By) DEPUTY CLERK                                      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-5-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Susan Tomas  via Registered restricted mail | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Sent by Certified mail and 02-05-08  Received on
Restricted delivery   see copies

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

VIA REGISTERED MAIL

Executed on  02-05-07
         Date

Signature of Server: Susan Tomas

Address of Server: 8901 Western #406
Des Plaines, Il 60016

FILED
FEB 19 2008  YM
Feb 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    PATRICIA Ousley
    AFSCME LOCAL 1006
    29 N. Wacker suit 800
    CHICAGO, Il 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): K. Black
C. Date of Delivery: 2/5/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1995 9798

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    RUDLEY HERRON
    AFSCME LOCAL 1006
    29 N. WACKER suit 800
    Chicago, Il 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K. Black   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): K. Black
C. Date of Delivery: 2/5/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1995 9804

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mark Fisher
    AFSCME LOCAL 1006
    29 N. WACKER suit 800
    Chicago, Il 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K. Black   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _____
C. Date of Delivery: 2/5/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1995 9781

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

