# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: **08 CV 610** |
|---|---|

**Susan Tomas, Plaintiff, vs. American Federation of State, County and Municipal Employees (AFSCME) Local 1006; Patricia Ousley; Rudeley Herron; and Mark Fisher, Defendants.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**American Federation of State, County and Municipal Employees (AFSCME), Local 1006; Patricia Ousley; Rudeley Herron; and Mark Fisher, Defendants.**

| NAME (Type or print) |
|---|
| **MELISSA J. AUERBACH** |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Melissa J. Auerbach |

| FIRM **CORNFIELD AND FELDMAN** |
|---|

| STREET ADDRESS **25 East Washington Street, Suite 1400** |
|---|

| CITY/STATE/ZIP **Chicago, IL 60602-1803** |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **3126792** | TELEPHONE NUMBER **312-236-7800** |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]