**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Susan Tomas

                                            Plaintiff,

v.                                                   Case No.: 1:08−cv−00610
                                                             Honorable Elaine E. Bucklo

Union AFSCME−American Federation, et al.

                                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 12, 2008:

       MINUTE entry before Judge Elaine E. Bucklo :Status hearing held on 3/12/2008.
Defendant accepted service of summons and complaint in court. Defendant's responsive
pleading will be due by 4/11/08.Status hearing set for 4/17/2008 at 09:30 AM.Mailed
notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.