**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUSAN TOMAS,       )<br>            Plaintiff,    )<br>                      )<br>   -vs-                )<br>                      )<br>AMERICAN FEDERATION OF STATE,    )<br>COUNTY AND MUNICIPAL EMPLOYEES  )<br>(AFSCME) LOCAL 1006; PATRICIA OUSLEY; )<br>RUDELEY HERRON; AND MARK FISHER,  )<br>                      )<br>            Defendants.   ) | Case No. 08 CV 610<br><br>Judge Bucklo<br>Magistrate Judge Denlow |

NOTICE OF MOTION

TO:  Ms. Susan Tomas
     8901 Western, #406
     Des Plaines, L 60016

   PLEASE TAKE NOTICE that on Thursday, April 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Bucklo, in Room 1441, the Courtroom usually occupied by her, at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' **MOTION TO DISMISS,** a copy of which is herewith served upon you, at which time and place you may appear if you so desire.

                              CORNFIELD AND FELDMAN

                              BY: s/ Melissa J. Auerbach
                                 MELISSA J. AUERBACH
                              Melissa J. Auerbach Attorney Bar Number 3126792
                              Attorneys for Defendants
                              CORNFIELD AND FELDMAN
                              25 East Washington St.
                              Suite 1400
                              Chicago, IL 60602-1803
                              Telephone: (312) 236-7800
                              Fax: (312) 236-6686
                              E-mail: mauerbach@cornfieldandfeldman.com

April 3, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that on April 3, 2008 I caused the foregoing **NOTICE OF MOTION** to be electronically filed with the Clerk of the Court using the CM/ECF system, and I caused a true and accurate copy of same to be served on the following, via First Class Mail:

        Ms. Susan Tomas
        8901 Western, #406
        Des Plaines, IL 60016


        BY: s/ Melissa J. Auerbach
           MELISSA J. AUERBACH
        Melissa J. Auerbach Attorney Bar Number 3126792
        Attorneys for Defendants
        CORNFIELD AND FELDMAN
        25 East Washington St.
        Suite 1400
        Chicago, IL 60602-1803
        Telephone: (312) 236-7800
        Fax: (312) 236-6686
        E-mail: mauerbach@cornfieldandfeldman.com