# United States District Court
# Northern District of Illinois



In the Matter of

**TOMAS**

v.

**ILLINOIS DEPT OF EMPLOYMENT**

Case No. 08 C 610

Designated Magistrate Judge
Morton Denlow

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Elaine E. Bucklo** to be related to **07 C 4542** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: April 15, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: APR 1 6 2008

Finding of Relatedness (Rev. 9/99)