

**FILED**
AUG 1 1 2008  NF
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SUSAN TOMAS
**Plaintiff(s)**

V.

THE STATE OF ILLINOIS; ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY; JAMES JOHNSON; DIANN NABE; LIOUBOU VOITYNA aka LUBO individually and in their official capacities as an employee of IDES
**Defendant(s)**

V.

AFSCME AMERICAN FEDERATION STATE MUNICIPAL EMPLOYEES; PATRICA OWSLEY; RUDLEY HERRON and MARK FISHER
**Defendant(s)**

Case No. 07CV4542 consolidated with 07CV6274
Case No. 1:08-CV-00610
HONORABLE: JAMES B. ZAGEL
MAGISTRATE: JUDGE NAN R. NOLAN

TO: Joshua G. Rodin
Office of the Attorney General
STATE OF ILLINOIS
100 WEST RANDOLPH, 13th Floor
Chicago, IL 60601

TO: Melissa J. Aurebach Attorney
BAR NR 3126792, Attorney for
Defendants Confield & Feldman
25 East Washington, Suit 1400
Chicago, IL 60602

**MOTION FOR/TO**

Plaintiff SUSAN TOMAS, submits her motion to EXTEND TIME FOR DISCOVERY. In support of her motion, Plaintiff states as follows:

1. ORIGINAL DISCOVERY cut off AUGUST 1, 2008
2. Plaintiff is Pro Se merging another case Plaintiff was unable to prepare everything.
3. Plaintiff is requesting 60 days extension time for DISCOVER.

Respectfully submitted
Susan Tomas
PRO SE

BY SUSAN TOMAS
8901 WESTERN #406
DES PLAINES IL 60016
tel 312 799-1184