IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUSAN TOMAS

PLAINTIFF

VS.

The State of ILLINOIS, Illinois Department of Employment Security, Yates Johnson, Diane Ware and Lusolo Voytna individually and in their official capacities as employees of IDES

DEFENDANT

AFSCME AMERICAN vs FEDERATION STATE MUNICIPAL EMPLOYEES, PATROW OUSLEY, HERON RUDLEY, MARK FISHER
DEFENDANTS

CASE NO 07CV4542 CONSOLIDATED WITH
CASE NO. 07CV6274
& Case NO. (1:08-CV-00610)
HONORABLE James B. Zagel
Magistrate Judge Nan R. Nolan

**NOTICE OF MOTION**

TO: Joshua G. Rodin
Office of the Attorney General, State of Illinois
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

To: Melissa J. Aurebach Attorney Bar Number 3126792 Attorney for Defendants Cornfield & Feldman
25 East Washington St. Suite 1400
Chicago, Il 60602

On THURSDAY, AUG 14, 2008, at 10:15 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel in Courtroom 2503 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion to Extend Disovery

**FILED**
AUG 11 2008  NF
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Name SUSAN TOMAS
Address 8901 WESTERN #406
City/Zip DES PLAINES, IL 60016
Telephone 312 799-1184

**PROOF OF SERVICE**

I, the undersigned (plaintiff/defendant), certify that on the 11 day of AUGUST, 2008

I served a copy of this notice to each person whom it is directed by way of CERTIFIED MAIL

x Sus Tomas
SIGNATURE/CERTIFICATION

8-14-08
DATE